AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARVIN DEWAYNE DAVIS,

Plaintiff,

v.

WARDEN BENSON; DEPUTY WARDEN BETTERSON; HEAD COUNSELOR CYNTHIA RIVERS,

Defendant's

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV420-231

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 31, 2022, Plaintiff's complaint is dismissed for failure to state a valid Section 1983 claim. This action stands closed.

Approved by: _Christopher L. Ray_
Magistrate Judge Christopher L. Ray

August 31, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020